UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RAH COLOR TECHNOLOGIES LLC PATENT LITIGATION<br><br>This Order Relates to:<br><br>*Electronics for Imaging, Inc. v. RAH Color Technologies LLC*, Case No. 18-cv-07465-SI | Case Nos. 18-md-02874-SI<br>18-cv-07465-SI<br><br>**ORDER TO COMPLY WITH CIVIL LOCAL RULE 79-5(f)** |

In conjunction with the motion by RAH Color Technologies LLC to dismiss Counts 3 and 4 from the third amended complaint of Electronics for Imaging, Inc., the parties filed numerous administrative motions to seal portions of the motion, opposition, and reply briefs, along with motions to seal various exhibits as well as the declaration of Toby Weiss. Case No. 18-cv-7465, Dkt. Nos. 74, 77, 79, 83, 84. The Court informed the parties at the hearing on August 16, 2019, that the Court would deny the motions to seal, and the denial was memorialized in the minute entry issued that same day. Case No. 18-cv-7465, Dkt. No. 91.

Civil Local Rule 79-5(f) states that if an administrative motion to seal is denied in its entirety, "the document sought to be sealed will not be considered by the Court unless the Submitting Party files an unredacted version of the document within 7 days after the motion is denied." Thus, if the parties wished for the Court to consider their briefs and exhibits, they were to have filed unredacted

versions by August 23, 2019.

RAH's motion to dismiss is still pending, and given the extent of the redactions in the briefs and supporting exhibits, the Court will not issue its ruling until the parties comply with Civil Local Rule 79-5(f). The parties shall comply with the local rules by publicly filing on the Court's docket unredacted versions of the documents previously sought to be sealed **no later than August 28, 2019**.

**IT IS SO ORDERED**.

Dated: August 26, 2019

SUSAN ILLSTON
United States District Judge